IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MICHAEL P. NICHOLLS,

                Plaintiff,

vs.

PACIFIC AND ARCTIC RAILWAY AND NAVIGATION COMPANY, d/b/a WHITE PASS & YUKON ROUTE,

                Defendant.

No. 1:18-cv-0001-HRH

O R D E R

Case Dismissed

Having reviewed the parties' *Stipulation for Dismissal with Prejudice*,[1] filed August 15, 2019,

IT IS HEREBY GRANTED. All claims brought or that could have been brought in this case, are now dismissed with prejudice, the parties to bear their respective costs and fees.

DATED at Anchorage, Alaska, this 19th day of August, 2019.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 64.

ORDER – Case Dismissed      - 1 -